our decision is attached for the use of the parties involved.

■

**STATE of Missouri, Respondent,**

v.

**Kevin HAMMERSCHMIDT, Appellant.**

No. 69829.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1996.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Kevin Hammerschmidt, appeals the judgment of the Circuit Court of Montgomery County after a jury convicted him of second degree burglary, RSMo § 569.170 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the decision of the trial court was supported by substantial evidence, was not against the weight of the evidence, and no error of law appears. As no jurisprudential purpose would be served by a formal opinion, we affirm the judgment of the trial court pursuant to Rule 30.25(b). A memorandum setting forth the reasons for

■

**David W. CRITES, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 69905.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 15, 1996.

Barbara Hoppe, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, David W. Crites ("defendant"), appeals the judgment of the Circuit Court of Washington County denying his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the legal file and find the motion court's findings of fact and conclusions of law are not clearly erroneous. As we further find an extended opinion would serve no jurisprudential purpose, we affirm the decision of the motion court pursuant to Rule 84.16(b). A memorandum explaining the reasons for our

decision is provided solely for the use of the parties involved.